UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REGINA SAMUELS | ) |
| Plaintiff, | ) CASE NO. 1:16-cv-01786 |
| v. | ) JUDGE CHRISTOPHER A. BOYKO |
| CITY OF CLEVELAND HEIGHTS, et al. | ) |
| Defendants. | ) **AFFIDAVIT OF MERIT OHIO CIV.R. 10(D)(2)** |

Paul Gabriel, M.D., F.A.C.E.P., F.A.A.E.M, being first duly sworn, states that I am board certified in emergency medicine. I devote more than 50% of my time to active practice in the field of my specialties or to its instruction at Grant Medical Center in Columbus, Ohio. I have reviewed all medical records reasonably available to the plaintiff concerning the allegations contained in the complaint. I am familiar with the applicable standard(s) of care and am of the opinion that such standard(s) of care were breached by HealthSpan Integrated Care, Janice Eitel, MD, Shapearl J. Stewart, RN, Matthew M. Satola, PA, and Michelle R. Morton, RN. I am further of the opinion that such breaches of care caused injury to Ralkina Jones.

Dated: 10-3-16

_____
Paul Gabriel, M.D.

NOTARY

Sworn to before me and subscribed in my presence this 3 day of October, 2016.

BARBARA J. PARRISH
Notary Public, State of Ohio
My Commission Expires
03/08/2017

_____

1