2014 Jail Standards Update – Cleveland Heights Police Department Jail Facility

# Rights and Responsibilities in

# Medication Administration by

# Non-Licensed Personnel



## Chris Bell, RN
## Prepared for the Officers of the
## Cleveland Heights Police Department
## Monday 2 October 2006

© 2006 Christine L. Bell, RN, M.Ed.

Monday 2 October 2006

## 5 Rights (and Several Responsibilities) Regarding Medications

Welcome/Introduction

What are YOU looking for?

What this is NOT

- NOT giving you authority to administer medications – your policies govern that
- NOT delegating to you the administration of medications – again, that is an internal policy.  In nursing, that is patient-specific.

What you should get from this

Awareness of skills necessary to safely administer oral medications
Consistency of practice within your policies and standards

- 5 Rights (!)  Familiarity with process for helping someone Self-Administer
- Appropriate handling of different types of medications
- Need for proper storage/limited access
- Need for process of documentation
- Need for process to deal with medication errors

Demonstrations and Practice

Questions

© 2006 Christine L. Bell, RN, M.Ed.

1

2014 Jail Standards Update – Cleveland Heights Police Department Jail Facility

## Skills and Safety Procedures When Working with Medications

| | |
|---|---|
| **BEFORE ADMINISTRATION:**<br>• Obtain medication/treatment administration authorization<br>• Understand instructions for medication/treatment administration<br>• Understand the purpose for and side effects of medication/treatment<br>• Maintain accurate records<br>• Report unusual reactions<br>• Follow policy and procedures | |
| **5 RIGHTS**<br>   **RIGHT** person<br>   **RIGHT** medication<br>   **RIGHT** time<br>   **RIGHT** dose<br>   **RIGHT** route | |
| **Hand  washing**<br>• Remove rings (fomites)<br>• Wet hands first<br>• Use soap and water before handling medication (hand sanitizers)<br>• Rub all surfaces of hands vigorously for 15 seconds (ABCs)<br>• Rinse hands well<br>• Dry hands<br>• Use towel to turn off water | |
| **Administration**<br>**Tablets and Capsules**<br>o Crush or cut tablet ONLY if directed<br>o Pour medication into cup/lid<br>o Prisoner picks up medication and puts it into his/her mouth<br>o Follow medication with 6-8 ounces of water<br>o Mouth check? | |

© 2006 Christine L. Bell, RN, M.Ed.

2

2014 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| | |
|---|---|
| **Metered Dose Inhaler (MDI)**<br>○ Follow physician orders carefully<br>○ Attach mouthpiece to inhaler<br>○ Have prisoner stand up or sit straight<br>○ Shake inhaler for a few seconds<br>○ Hold mouthpiece 1-2 inches from lips (use chamber if directed); open mouth<br>○ Breathe out naturally<br>○ Seal mouth around chamber/mouthpiece<br>○ Take deep breath in and squeeze canister down as prisoner is inhaling<br>○ Hold breath, up to 10 seconds<br>○ Wait 1-2 minutes and repeat process if ordered | |
| **Auto-injector Medication**<br>○ NO skin preparation is needed<br>○ Pull off safety cap<br>○ Place tip on thigh – mid-top to mid-outside, hand above knee, hand below groin<br>○ Place tip on thigh<br>○ Press auto-injector against thigh until activated<br>○ Hold in place for 10 seconds<br>○ MAY BE INJECTED THROUGH CLOTHING<br>○ Follow emergency procedures<br>○ Dispose of properly | |
| **Liquid**<br>○ Use calibrated cup, spoon, or oral syringe to measure proper dose – NO tableware<br>○ If using a measurement cup, place it on a flat surface, lean down so eyes are at level of cup, read at bottom of liquid "curve"<br>○ Pour from side of bottle opposite the label<br>○ Clean outside of bottle after pouring<br>○ Be sure all the medication is taken; may mix a small amount of water with contents remaining in cup and have prisoner drink a second time | |
| **Eye ointment**<br>○ Wear disposable gloves – vinyl preferred over latex<br>○ Apply along inside of lower eyelid<br>○ Do NOT touch eye or tip of tube<br>○ Hold eyelid open for a few seconds<br>○ Have prisoner close eye for 20-30 seconds (do not rub) | |

© 2006 Christine L. Bell, RN, M.Ed.                                        8

2014 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| | |
|---|---|
| **Eye drops**<br>○ Wear disposable gloves – vinyl preferred over latex<br>○ Shake bottle if directed<br>○ Have prisoner clean eyes by closing and wiping each eye once from inside corner to outside corner with clean tissue<br>○ Have prisoner lie down, or sit with head tilted back<br>○ Have prisoner look up<br>○ Gently open lower lid<br>○ Bring medication from outside field of vision<br>○ Drop one drop<br>○ Allow eye to close<br>○ Blot away excess (do not rub)<br>○ Repeat steps if more than one drop is ordered | |
| **Skin creams/ointments/patches**<br>○ Wear disposable gloves – vinyl/latex<br>○ Remove dressing and dispose of properly<br>○ Apply cream/ointment wit applicator<br>○ Apply dressing if instructed<br>○ Contact health care provider if patch falls off before next dose | |
| **Ear drops**<br>○ Have prisoner lie down with affected ear up<br>○ If sitting, tilt head as far toward parallel with ground as is possible<br>○ Clean outer ear with cotton ball and discard<br>○ Contact health care provider if you see anything unusual<br>○ GENTLY pull ear up and back<br>○ Do not let bottle touch surface of ear<br>○ Drop medication on side of ear canal<br>○ Have prisoner sit still for several minutes<br>○ Apply cotton ball if authorized | |
| **Nasal sprays**<br>○ Have prisoner upright – sitting or standing<br>○ Have prisoner hold one nostril shut<br>○ Squeeze the medication bottle as prisoner breathes in through open nostril<br>○ Wait 30-60 seconds, repeat for other nostril or as directed | |

2014 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| | |
|---|---|
| **Recording** <br> o  Documents who/when/what was given, and by whom <br> o  Easy method of seeing that dose was given | |
| **Storage** | |
| **Errors and Omissions** <br> o  ANY violation of one of the 5 Rights <br> o  Report immediately to supervisor and health care provider <br> o  Complete an incident report <br> o  Continue to observe prisoner <br> o  Report and record any changes in prisoner's condition/behavior | |