

# CLEVELAND HEIGHTS POLICE DEPARTMENT

# 2015 JAIL STANDARDS UPDATE

## JEFFREY E. ROBERTSON
### CHIEF OF POLICE

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Reception and Release** | |
| -01 (A)(6) | Health-trained personnel complete a preliminary health screening form on all booked prisoners: |
| | ☐ Preliminary health screening form completed during intake. |
| | ☐ Person completing the form is trained on the screening form; |
| | ☐ Training on the form provided by or approved by medical staff. |
| Inspector activities: | • Review policies and procedures for compliance |
| | • Review training records of employees completing the preliminary health screening form to verify training on the form. |
| | • Review that the training was approved by or provided by medical staff. |

*Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Part VII, Section 7-2 (A) and (B), "Preliminary Health Screening," and Form 2026A (attached):

## 7-2 PRELIMINARY HEALTH SCREENING [FORM - 2026A]

A preliminary health screen shall be conducted on any detainee prior to incarceration in the Cleveland Heights City Jail.

**A. The purpose of the health screening:**
1. Is to determine the physical condition of the individual at the time of incarceration;
2. To determine if the prisoner has any serious physical or mental problems;
3. To determine if incarceration shall pose a serious health risk to the prisoner;
4. To obtain medical treatment for prisoners in need prior to confinement.
5. All CHPD sworn officers shall be trained in pertinent health screening procedures during annual in-service jail training.

**B. As part of the intake booking process, the intake officer shall:**
1. <u>Observe</u> the prisoner in order to determine his present condition.
2. Ask a set of specific questions concerning the prisoner's medical/psychological condition  (Fill out form 2026A) *See Appendix I-5, " Confidential Medical History Preliminary Prisoner Health Evaluation."*

   • **All Cleveland Heights Police Department sworn officers completed training on the preliminary health screening form during calendar year 2008.  Training will be repeated during calendar year 2014.**

   • **All training was provided by qualified health-trained personnel, and was provided by medical trained personnel.**

   • **All training documentation is available for review. Sign-in sheets and training certificates will be provided.**

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | | |
|---|---|---|
| **Reception and Release** | | (continued) |
| -01 (A)(12) | Prisoners who are confined more than eight hours are provided with: | |
| (a) | ☐ a bed, | |
| **Inspector activities:**<br>• Verify that all prisoners who have been in jail more than 8 hours have been assigned a bed.<br>• Review policy and procedure for compliance. | | |

*Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Section 2-2(G), excerpted below, and by on-site compliance:

**G. Prisoner Supplies Issued at time of Booking Process:**
1. Immediately following the booking and admission process, <u>all</u> prisoners shall be assigned to a clean cell with a secured metal cot, a sanitized mattress and two clean blankets, or one clean blanket and linens.
2. Bar soap is issued to prisoners incarcerated more than eight hours along with towels and toilet tissues, toothbrush and toothpaste.
3. Other toiletry articles are issued on a daily basis, as needed, or upon request.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | | |
|---|---|---|
| **Reception and Release** | | (continued) |
| -01 (A)(12) | Prisoners who are confined more than eight hours are provided with: | |
| (b) | ☐ Mattress   ☐ Blanket   ☐ Bed Linens<br>☐ Towels | |
| Inspector Activities: | • Review documentation (i.e., jail logs, booking forms) to ensure that mattresses, blankets, bed linens and towels are issued to prisoners.<br>• During walk through verify that all inmates have a blanket, bed linens and towels. | |

***Cleveland Heights Police Department compliance:***

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Section 2-2(G), excerpted below, and by on-site compliance:

**G.  Prisoner Supplies Issued at time of Booking Process:**
1  Immediately following the booking and admission process, <u>all</u> prisoners shall be assigned to a clean cell with a secured metal cot, a sanitized mattress and two clean blankets, or one clean blanket and linens.
2  Bar soap is issued to prisoners incarcerated more than eight hours along with towels and toilet tissues, toothbrush and toothpaste.
3  Other toiletry articles are issued on a daily basis, as needed, or upon request.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | | |
|---|---|---|
| **Reception and Release** | | (continued) |
| -01 (A)(12) | Prisoners who are confined more than eight hours are provided with: | |
| (c) | ☐ hygiene items (e.g. toothbrush, toothpaste, feminine hygiene items, and **SOAP**) | |
| Inspector activities: | • Prisoners confined for more than eight hours shall be provided with articles to maintain personal hygiene (toothbrush, toothpaste, feminine hygiene items, and soap.) | |

*Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Section 2-2(G), excerpted below, and by on-site compliance:

**G. Prisoner Supplies Issued at time of Booking Process:**

1. Immediately following the booking and admission process, all prisoners shall be assigned to a clean cell with a secured metal cot, a sanitized mattress and two clean blankets, or one clean blanket and linens.
2. Bar soap is issued to prisoners incarcerated more than eight hours along with towels and toilet tissues, toothbrush and toothpaste.
3. Other toiletry articles are issued on a daily basis, as needed, or upon request.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Reception and Release** | (continued) |
| -01 (A)(13) | The jail provides each prisoner with access to a copy of the prisoner rules of conduct. |
| | A staff member or translator is available to assist a prisoner who is unable to understand the prisoner rules, because of a literacy or language barrier. |

At a minimum, the rules address:

☐ Sleeping hours      ☐ Meals

☐ Work assignments      ☐ Telephone access

☐ Visitation      ☐ Correspondence/Mail

☐ Medical Care      ☐ Hygiene

☐ Laundry      ☐ Recreation

☐ Programs      ☐ Rules of conduct

☐ Disciplinary procedures      ☐ Grievance procedures

The jail shall develop, implement, maintain and update as necessary a set of generally applicable prisoner rules. The rules shall be accessible to all prisoners and shall provide information regarding confinement including sleeping hours, meals, mail, work assignments, telephone access, visitation, correspondence, medical care, hygiene, laundry, recreation, programs, rules of conduct, disciplinary procedures and general grievance procedures. A staff member or translator shall assist the prisoner in understanding the prisoner rules if there is a literacy or language problem. The jail shall maintain signed acknowledgements from each prisoner admitted that the rules were received by, and/or explained to them.

| Inspector activities: | • Check booking records (or other documentation) to verify if prisoners sign a document showing that they were provided the opportunity to review the rules.<br>• Review jail procedures for distributing inmate rules.<br>• Review prisoner rules for inclusion of each of the areas listed in the standard. |
|---|---|

## *Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of:
- Documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Sections 3-4 (excerpted below)
- CHPD Form 1112 (Attached)
- Appendix III to the Jail Manual
- Posting in the jail area.

### 3-4  JAIL RULES AND REGULATIONS

#### A. Each prisoner will be notified of the Rules for Guidance of Inmates

1    Each prisoner will be notified of the Rules for Guidance of Inmates by the arresting or booking officer at the time of intake.

2    The Rules for Guidance of Inmates shall be posted at all times in the booking area, and in the jail cell block area in a conspicuous manner.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

**B. Each prisoner will sign a statement to verify that he/she has been notified and understands the rules governing prisoner conduct.**

1. Each prisoner, at the time of booking, will be given the opportunity to review the Rules Governing Prisoner Conduct, which have been reproduced in their entirety on the reverse side of the Prisoner's Property Inventory Form (CHPD Form 1112, Revised 08/2002, a copy of which is attached).

2. The prisoner will acknowledge that they have been informed about and understand the rules governing prisoner conduct by placing their initials in the signature block at the bottom of the Prisoner's Property Inventory Form.

3. If a prisoner is unable to sign because of a mental state, a notation is to be made in place of the signature indicating why he/she is unable to sign.

4. If a prisoner is unable to understand the jail rules due to illiteracy, the booking officer shall read the jail rules to the prisoner.

5. If a prisoner is unable to understand the jail rules due to a language barrier, a translator will be made available to assist the prisoner; the Jail Administrator, or his designee, will be responsible for obtaining the services of a translator

**The following language is included in the Jail Rules which are distributed to each prisoner during intake:**

**Sleeping hours:**
Sleeping hours are 11 pm to 7 am.

**Laundry:**
Each prisoner who wishes to do so may exchange their clothing once per day with clean clothing provided for them by a source outside the jail.

Clean jail uniforms are available at all times. If a prisoner's clothes become soiled, they may exchange their clothes at any time for a clean jail uniform.

**Programs:**
- No prisoner will be denied access to community services because of the fact of incarceration.
- Legitimate and compelling needs of prisoners will not be ignored by the jail staff, and will be handled on a case by case basis.
Services Available:
   Those services available in the community and frequently requested by a prisoner are as follows:
   - Alcoholism and drug abuse counseling
   - Mental health services
   - Academic classes
- Social Services
- Other available community services which might be made available under usual circumstances to prisoners incarcerated in a 5-day jail facility
**(See also CHPD Form 1112)**

| Standards 5120:1-10 | | |
|---|---|---|
| **Classification** | | |
| -02 (B) | | The jail has written policies, procedures, and practices which evidence compliance with the following: |
| | (1) | Male and female prisoners are housed separately by sight, touch, and out of range of normal conversation. |
| | (2) | Violent and non-violent prisoners are not placed in the same cell, or unsupervised areas together. |
| | (3) | Male and female prisoners are supervised if placed together for purposes of programming, transportation, or other similar activities. |
| | (4) | Juvenile and adult prisoners are separated in a manner consistent with section 2151.312 of the Revised Code. |
| Inspector activities: | | • Review policy and procedures for compliance.<br>• Inspect jail during walk through for separation of male and female prisoners according to the standard. View housing areas for line of sight issues.<br>• Review housing areas in reference to offender classification to verify that violent and non-violent offenders are separated.<br>• Observe compliance during walkthrough to verify that male and female inmates are supervised in programming, transportation and other activities.<br>• View housing arrangements during walkthrough to verify that juveniles and adult prisoners are separate from conversation and touch. |

*Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at sections 2-3(A), and 2-4(D), and the physical layout of the jail, which prohibits contact between male and female prisoners by sight, touch and normal conversation; see sections 2-3(A), 2-4(D) [revised 10/2006], 2-6 [revised 10/2006], and 2-7 [revised 10/2006] excerpted below and jail floor plan (attached).

## 2-3 PRISONER CLASSIFICATION GUIDELINES - TWELVE DAY JAIL FACILITY

### Cell Housing Assignment/Classifications:
A. To preserve the security and efficient operation of the Cleveland Heights City Jail, each detainee and/or prisoner will be classified upon admission and will be assigned housing according to classification.

   1  At all times, female prisoners will be separated from male prisoners.
   2  Adults will be separated from juveniles in a manner consistent with section 2151.312 of the Ohio Revised Code, incorporated herein as though fully rewritten.
   3  Violent prisoners will be separated from non-violent prisoners. Whenever possible, pretrial prisoners will be separated from sentenced prisoners.

## 2-4  CLASSIFICATION GUIDELINES

**D. All Other Prisoners:**
1. Sentenced; males serving sentences will, whenever possible, be housed in Cellblock Area B, Cells 5, 6 or 7.
2. All females serving sentences of more than 5 days shall be transported to Maple Heights Jail or Euclid Jail, at the discretion of the Jail Administrator.
3. Pre-trial male prisoners who cannot be released or transferred to the County Jail will be assigned first to Cellblock Area B, Cells 5, 6 or 7.
4. Pre-trial female prisoners who cannot be released or transported to the County Jail will be housed in the Female Cellblock Area D, Cells 1 or 2.

## 2-6  JUVENILE JAIL DETENTION

**A. Definition of Juvenile:**
Any person under the age of eighteen (18)

**B. Temporary Detention:**
1. Status Offenders
   a. A juvenile may be temporarily detained until he/she can be released into the custody of his/her parents or legal guardian; the OIC or Jail Duty Officer shall notify the juvenile's parents/legal guardian of the detention and inform then that the juvenile may be released into their custody.
   b. Status offenders will not be housed in the jail at any time.
   c. Officers shall escort juvenile offenders to the roll call room or cafeteria, and officers will remain with the juvenile until a parent or legal guardian responds to take custody of the juvenile.
   d. Status offenders shall remain under direct staff escort and supervision at all times.
   e. If necessary, officers will transport the status offender to the location of the parent or legal guardian, if the parent or legal guardian is unable to respond to the police station.

2. Non-Status (Criminal) Juvenile Offenders
   If a juvenile is arrested, either on a warrant or on sight by a Cleveland Heights police officer, the juvenile will be brought to the city jail for booking only; those steps specified in booking procedure will be performed so that the police department will have a record of the arrest, clearance and arrestee.

**C. Transfer:**
As soon as practical after the booking identification process is complete, those juvenile arrestees who are eligible for transfer will be transferred to the County Juvenile Detention Center.

**D. Release:**

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

Whenever a juvenile is released, the accepting parent, guardian, or relative are required to sign their name, address and phone number at the bottom of the arrest booking card.

**E.  Juvenile Custody Log**

For every juvenile taken into custody, a juvenile custody log shall be completed which details the following:

a.  The name of the juvenile.

b.  A list of delinquent acts that the juvenile is charged with.

c.  The date and time the juvenile is locked up in a secured cell or other room.

d.  The date and time the juvenile is removed from the secured cell or secured room.

e.  The juvenile custody log will be printed on a two-part form

   i  One copy of the juvenile custody log shall be forwarded to the Detective Bureau

   ii  One copy of the juvenile custody log shall be forwarded to the jail administrator

## 2-7  JUVENILE CELL ASSIGNMENT

**It shall be the responsibility of the officer in charge to make cell assignments for Juvenile(s) booked into the Cleveland Heights Jail.**

1  Juveniles charged with misdemeanant delinquent acts are not confined over three (3) hours, if all of the following apply, consistent with ORC 2151.311(C):

a.  The child is alleged to be a delinquent child for the commission of an act that would be a misdemeanor if committed by an adult, is alleged to be a delinquent child for being a chronic truant or an habitual truant who previously has been adjudicated an unruly child for being an habitual truant, or is alleged to be an unruly child or a juvenile traffic offender;

b.  The child remains beyond the range of touch of all adult detainees;

c.  The child is visually supervised by jail or workhouse personnel at all times during the detention;

d.  The child is not handcuffed or otherwise physically secured to a stationary object during the detention.

2  Juveniles charged with felony delinquent acts are not confined over six (6) hours, if all of the following apply, consistent with division ORC 2151.311(C):

a.  The child is alleged to be a delinquent child for the commission of an act that would be a felony if committed by an adult;

b.  The child remains beyond the range of touch of all adult detainees;

c.  The child is visually supervised by jail or personnel at all times during the detention;

d.  The child is not handcuffed or otherwise physically secured to a stationary object during the detention.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

3   Delinquent juveniles are securely confined only for purposes of fingerprinting, photographing, processing, awaiting release, or transportation to another agency.

4   Except as provided under division (C)(1) of section 2151.311 of the Revised Code, a child alleged to be or adjudicated a **neglected child**, an **abused child**, a **dependent child**, or **an unruly child** may not be held at any time in a secure area of  the Cleveland Heights 12-Day jail facility pursuant to ORC 2151.312.

5   During admission and time of incarceration, no juvenile(s) shall be placed or allowed to remain within sight, sound or touch of adult prisoners.

6   Whenever the Female Cell Blocks (cells 1 & 2) are unoccupied, juvenile(s) will be assigned to a cell in this area.  Juvenile males and females will not be housed in the female cell block at the same time.

7   If the Female Block is occupied, adult females will be transferred to Holding Cells 3 and 4;  during this time the Female Block will be utilized to house juvenile(s).

8   Young juvenile(s) awaiting arrival of parents or guardian, will be placed in the jail visitors area.

9   As last resort Holding Cells  3 and 4 will be utilized to house juvenile(s) in accordance with state jail standard 5120:1-8-01 (T) [effective since 12/01/95].
    a)  Velcro strips have been placed on the cell door windows of Cell 3 and 4.
    b)  Velcro strips have been attached to the back of 19" x 19" heavy duty forest green canvas, which shall be attached to the outside glass windows to cover the upper cell door whenever a Juvenile(s) is housed in Cells 3 and 4.

10. When juvenile(s) are released the canvas cover will be removed and placed in the locked storage room.

11. Written orders have been assigned to all ranking officers that they are responsible for this procedure to be followed on all occasions, when juvenile(s) are admitted into the Cleveland Heights Jail.

12. The entire booking process shall be videotaped.

13. All confined juvenile prisoners must remain under constant staff supervision; which allows for both staff personal observation and CCTV monitoring.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Security** | |
| -03 (A) | The jail maintains the following minimum standards in security: |
| (1) | An established security perimeter |
| Inspector activities: | Verify that all security perimeter doors are locked and that security vestibules are working properly and cannot be overridden. |
| (2) | A secure booking and release area |
| Inspector activities: | Review policy and procedure for prisoner entry and exit. Physically check to see if the booking and release area are secure. |
| (4) | Closed circuit televisions if installed<br>☐ are operational, and<br>☐ preclude the monitoring of shower, toilet and clothing changing areas |
| Inspector activities: | Review policy & procedures fro compliance with the standard.<br>Verify that CCTVs are operational.<br>Verify that CCTVs preclude the monitoring of shower, toilet, and clothing exchange areas. |
| (5) | The two-way communications system between central control, staffed posts, and prisoner occupied areas is sufficient.<br><br>☐ Prisoners can initiate communication with staffed posts. |
| Inspector activities: | Randomly test two-way communication systems in several housing units and cells throughout the housing and holding units in the jail. |

**Cleveland Heights Police Department compliance:**

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at section 9-1(K), and by means of jail monitoring and communications systems available onsite.

**9-1 (K)**      **Electronic Monitoring:**
The Cleveland Heights City Jail Facility is monitored by electronic means both visually and audibly in the Comm Center and in the OIC's office.
1    Audio Communication: The Communication Staff and the OIC's Office, assisted by the Jail Duty Officer, shall constantly monitor the cell areas for usual and unusual sounds or requests for emergency assistance or any other emergency situation.  There is equipped in each cell audio transmitting and receiving capabilities.
2    Video Monitoring: The Communication Staff, and the OIC's Office, assisted by the Jail Duty Officer  shall monitor hallways within the jail facility, all cell areas, to include day rooms and the booking area, vestibules, sally port, interior and exterior of the jail facility, and hallways within the police facility.  Cameras are to be aimed so as to prevent

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

monitoring of toilet and shower facilities, strip search area or other areas where prisoners may routinely disrobe. The OIC shall respond immediately to any unusual activity or emergency situation.

3   Monitors shall allow electronic visual inspection of the entire day room area and outside of cells.

4   The electronic door control system monitors whether security doors are secure, closed, or open.  Such doors can be electronically controlled from both monitoring stations, Communication Center and the OIC's Office.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Security** | |
| -03 (B)(6) | An official count shall be conducted every shift to verify prisoners physical presence and identification. Jail staff conducting the count shall record the count. |
| Inspector activities: | Review policy and procedure for inclusion<br>Randomly review jail logs to verify that staff conducts a count every shift. Sample various days and shifts. |
| (7) | Personal observation checks of prisoners shall be conducted every 60 minutes. Observation checks shall be conducted at varying times and shall be documented after completion by the staff person performing the check. |
| Inspector activities: | Review policy and procedure for 60 minute checks.<br>Review documentation and logs for checks verifying that prisoner checks do not exceed 60 minutes. Random sample of housing units and shifts. |

## *Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at section 9-2, 9-1 (F-H) , and 1-3 (B) 14 and by physical in-person checks of the jail complement.

## 9-2 PRISONER COUNT

**A  Accurate and timely prisoner count:**
The constant influx and release of prisoners, the short length of stay, and the mixture of sentenced and unsentenced prisoners requires that an accurate and timely count of persons in custody be maintained and indicated on the Daily Jail Log by the OIC

**B.  Jail Log Count/Activity:**
The OIC or Jail Duty Officer shall log the jail population count daily in the Jail Logs located in the Captain's Office and the Communications Center.  It shall be the responsibility of the OIC, or his designee, to record the below occurrence on the Daily Jail Log.  Date and time of the occurrence is to be indicated by the OIC or his designee.
1  Jail Checks/Surveillance Checks
2  Prisoner Count
3  Security Inspections
4  Use of Force
5  Disciplinary Action
6  Medical Treatment/Prescriptions Administered/Refused Medications
7  meals/meals refused
8  Assaults/escapes/deaths or any other unusual incidents
9  Prisoner vandalism/flooding, etc.
10  visitors/attorneys
11  court appearance
12  cell cleanup
13  serving time

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

14  any other incident or occurrence of importance
If necessary, incidents are to be followed up by supplementary reports.

**B  Movement:**
1  Jail Count Log: the OIC or Jail Duty Officer shall log the jail population count daily in the Jail Logs located in the Captain's Office and the Communication Center.
2  All prisoners admission, releases, and transfers shall be videotaped and logged in the Daily Jail Log.

**C. Shift Change**
At each shift change, the OIC being relieved and the OIC going on duty will conduct a jail check together and verify the prisoner count.

## 9-1 JAIL SECURITY GENERALLY

**F.  Timed Surveillance:**
No person confined in the Cleveland Heights City Jail will be left unattended for more than sixty (60) minutes.  Persons whose condition or behavior warrant increased surveillance will be identified and given increased surveillance in order to protect the security of the jail and the safety of its prisoners and staff.

**G.  Responsibility:**
The OIC shall take primary responsibility for jail checks, assisted by the Jail Duty Officer.

**H.  Visual Checks:**
When conducting a check of the cell areas, the officer will visually check the occupant of each cell to confirm the presence of each prisoner and to be sure no unusual events have occurred (Injury, illness, death, escape attempt, damage to property).  The OIC will immediately be notified of any problems or unusual conditions.

## 1-3 JAIL DUTY OFFICER RESPONSIBILITIES

**(B) 14**  *Hourly checks* shall be conducted by the duty officer and/or OIC; if other officers have occasion to view the prisoners, such as when placing an inmate in the jail,  this shall serve as a substitute check and shall be documented after completion by the person performing the check.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Security** | |
| -03 (B)(10)(a) | Contraband shall be defined in rules available to prisoners. All prisoner accessible areas of the jail shall be inspected for contraband and physical security deficiencies. (a) Prisoner housing areas shall be inspected once a week in a manner that insures that all areas are inspected each month. |
| Inspector activities: | • Review policy and procedure for prisoner housing area checks for contraband and physical security deficiencies (i.e., shakedown).<br>• Review documentation/logs to verify that housing areas are inspected weekly. |
| (10)(b) | Contraband shall be defined in rules available to prisoners. All prisoner accessible areas of the jail shall be inspected for contraband and physical security deficiencies. (b) Prisoner accessible areas shall be inspected in a manner that ensures all areas are inspected each month. |
| Inspector activities: | Review policy and procedure for compliance |

*Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at section 9-3.

### 9-3 SHAKEDOWNS/SECURITY INSPECTIONS

**A. Contraband must be identified and removed from all confinement areas for the protection of the prisoners and staff.**

**B. Cell Searches:**
A facility shakedown will be conducted as outlined in *Section 6-2, CELL SEARCHES,* of this manual.
1   Routine:
Every seven (7) days , the OIC and Jail Duty Officer shall conduct a shakedown of the facility, to include all areas in which prisoners have had access during the prior week.
2   Special Partial:
a.   When the Jail Duty Officer or OIC suspects that contraband may have been introduced into the jail by a particular prisoner, that officer may conduct a partial shakedown in order to discover the contraband.
b.   Partial shakedown will cover only that cell or cells or areas that the suspect prisoners have occupied.
c.   Any partial shakedown will be conducted by the OIC or Jail Duty Officer; another officer will supervise the prisoner standing just outside the cell.
d.   While prisoners do not have the right to be present during the search of their cell quarters, it is the policy of this Department to afford prisoners this privilege unless the granting of said privilege will pose danger to the officers involved.
3   Special Total:
a.   If the Jail Duty Officer or OIC suspects that contraband may be present in the jail, but does not have sufficient information to narrow the

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

suspicion to a particular prisoner, the Chief of Police will be notified and may order a total shakedown.

b.  A special shakedown of the entire confinement area will proceed as follows:

1   The OIC or Jail Duty Officer, accompanied by two (2) officers, will be

2   All prisoners will be removed from the confinement area, frisk searched and taken to the booking area.

3   One officer will supervise the prisoners in the booking area.

4   The OIC or Jail Duty Officer and the other officer will conduct a cell-by-cell shakedown.

## C.  Security Checks

1.  A security inspection of the entire jail facility shall be conducted by the Officer-In-Charge and the Jail Duty Officer shall be conducted every week to check for any physical security deficiencies.

2.  Upon completion of the inspection, the Officer-In-Charge will complete the "Weekly Inspection of the Jail Facility" (Form #2064) documenting any physical deficiencies in the jail facility and forward it to the Jail Administrator.

3.  If any physical security deficiencies in the jail facility are serious enough to warrant immediate attention, the Officer-in-Charge should contact the Jail Administrator as soon as possible.

## D.  Reporting:

Any contraband found during a special or routine shakedown will be handled in the manner described in *Section 9-5, "Contraband Control"* of this manual.

A list of contraband is included in the prisoner rules.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Security** | |
| -03 (B)(13)(f) | In regard to key control system: (f) Perimeter keys shall be prohibited from entering the jail's security perimeter except in an emergency. |
| Inspector activities: | • Review policy and procedure for compliance. |

***Cleveland Heights Police Department compliance:***

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at section 9-4.

## 9-4 SECURITY AND KEY CONTROL

**A  All doors leading into or out of the maximum security area shall be electronically controlled from the Communication Center:**
1   Officers will contract the Communications Center through the door intercom and request permission to pass through the security door.
2   The dispatcher or Operations Sergeant shall view the video monitor and request recognition from the officer prior to activating the door release switch.

**B.  Security Door Keys shall be used in the event of an emergency only.**
Key control is critical to the security of the Jail and to the safety of the prisoners and personnel. No keys to the confinement area will ever leave the facility except those stored elsewhere for emergency purposes.

**C.  Key Inventory**
The following keys will constitute a "SECURITY SET" and will be kept on one key ring:
   a.  Doors leading into booking area from reception area and from inside corridor (west door)
   b.  Overhead door to receiving garage
   c.  Stairway to courtroom/interview room
   d.  South door leading to the interview room
   e.  Doors to the cell block area
   f.  Doors to all cells
   g.  Key to prisoner property cabinet at booking center
   h.  Key to additional prisoner lockers located in the emergency exit
   i.  Emergency exit
   j.  Key to prisoner supply room

**D.  Location of Security Key Sets:**

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

1   Captain's Office - locked key cabinet where the OIC or Jail Duty Officer
    shall have twenty-four (24), seven (7) day a week access.
2   Chief's Office
3   Detective Bureau - Captain's Office

**E.  Emergency:**

1   In the event of an emergency, the OIC or Jail Duty Officer shall obtain the
    Security Keys from the Captain's Office.
2   The OIC or Jail Duty Officer will be responsible for and maintain
    possession of the security keys as long as the emergency condition exists.
3   The OIC or Jail Duty Officer shall record in the Jail Log the date and time
    the Security Keys were obtained and the date and time of their return.
4   Whenever an electrical or technical malfunction prevents any security door
    from being controlled electronically from the Communications Center, an
    emergency situation shall exist and security keys may be accessed.
5   The OIC, at the beginning and end of his/her shift shall check the jail keys
    located in the Captain's Office to ensure no keys are missing.  In the event
    a key is missing the Chief of Police shall immediately be notified.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Housing** | |
| -04 (A-D) | Prisoners are provided with sufficient space. |
| | ☐ Jail maintains documentation regarding square footage and maximum occupancy figures for all housing and holding areas. |
| Inspector activities: | • View housing areas and match daily count and Average Daily Count against the Bureau Recommended Capacity. |
| | • Verify the square footage of the cells and the number of beds in housing cells to determine if all housing cells provide the required square footage as outlined below: |
| | (a) Single Occupancy is a minimum of 70 square feet (50 sf if built prior to 1983) |

The Cleveland Heights Police Department, a 5-day Jail Facility constructed after January 1, 1979, complies with the space requirements of the Bureau of Adult Detention regarding the housing of prisoners.

The Cleveland Heights Police Department Jail does not utilize a dormitory. The jail consists of 2 female cells, 8 male cells, plus 2 temporary holding cells, and a single-occupant detox cell for a total capacity of 13 (thirteen) prisoners under normal housing conditions.

The original jail blueprints, approved by the Bureau of Adult Detention at the time of the construction of the jail in 1985, shows the city's compliance with the state's standards for housing of prisoners. In addition, actual cell space was documented by means of using a Rol-a-Tape with certified calibration.

| CHPD Cell Number | Required Square Footage | Actual Square Footage |
|---|---|---|
| 1 (Female) | 70 | 70 |
| 2 (Female) | 70 | 70 |
| 3 (Holding) | 60 | 70 |
| 4 (Holding) | 60 | 70 |
| 5 (Male) | 70 | 70 |
| 6 (Male) | 70 | 70 |
| 7 (Male) | 70 | 70 |
| 8 (Male) | 70 | 70 |
| 9 (Male) | 70 | 72 |
| 10 (Male) | 70 | 72 |
| 11 (Male) | 70 | 70 |
| 12 (Male) | 70 | 70 |
| Detox (Holding) | 60 | 60 |

| Standards 5120:1-10 | | |
|---|---|---|
| **Housing** | | |
| -04 (C) | Single cells/rooms and multiple occupancy cells/rooms/dormitories provide: | |
| | (2) Temperatures maintained in a range between sixty-six to eighty degrees Fahrenheit.<br><br>Temperature at time of inspection: | |
| | (3) Access to the following twenty-four hours a day without staff assistance:<br><br>☐ Operable flush toilet<br><br>☐ Lavatory with hot and cold potable water | |

*Cleveland Heights Police Department compliance:*

The thermostatic control located outside the OIC's office shall be utilized for the purpose of maintaining the correct temperature range in the jail. This policy is reflected in the Cleveland Heights Police Jail manual at Section 1-3 (G), outlined below. Lavatories with potable water and operable flush toilets are available in each cell:

**G. Jail Temperature**
1  At the start of the duty shift, the jail duty officer shall, while performing the jail inspection, ensure that the temperature range remains within the designated comfort zone in the prisoner quarters.
2  The designated comfort zone shall remain within 66 degrees F To 80 degrees F during the daytime and not below 66 degrees at night.
3  Should the temperature fall outside the comfort zone at any time, the OIC shall adjust the temperature in the jail by means of the thermostat located on the wall next to the front counter outside the OIC's office.
4  In the event of a heating or cooling malfunction, the OIC shall notify, in turn, the Chief of Police, and the City Hall building maintenance department for the purpose of having the malfunction corrected.

2015 Jail Standards Update - Cleveland I [eights Police Department Jail Facility

| Standards  5120:1-10 |
| :--- |
| Housing |

| -04 (E) | Natural light is provided in: |

☐ Housing units  ☐ Cells

☐ Dormitories  ☐ Dayspaces

*Cleveland Heights Police Department compliance;*

The Cleveland Heights Police jail provides natural light in each cell with the exception of the special use cell (Detox.)

The windows are free of obstructions, and in good repair.

The windows are not covered at any time.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 |
| --- |
| **Sanitation / Environmental Conditions** |

| -05 (A) | All areas of the jail shall be safe and sanitary, including the food service and laundry areas.  Staff and prisoners shall have specific housekeeping responsibilities, which shall include, but not limited to: |
| --- | --- |
| (1) | Daily cleaning of the following area occupied by prisoners:<br><br>☐ Toilets  ☐ Drinking facilities<br><br>☐ Urinals  ☐ Showers<br><br>☐ Sinks |
| (3) | Regular maintenance and repairs |

| Inspector activities: | • Randomly review maintenance/repair log/work orders for completion.<br>• Review procedures for maintenance practices. |
| --- | --- |

### *Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Part 1-2 (D)(3), and (D)(4), 1-3 B (18) and1-3 C, excerpted below. Daily cleaning of the jail is recorded on the daily jail log, in addition to Form 1022, and jail cleaning contracts are maintained by the jail administrator.

## 1-2 JAIL ADMINISTRATOR RESPONSIBILITIES

### C. Overall Condition of Jail Facility
1   The jail will be regularly inspected for mechanical and other repairs and such repairs shall be made as promptly as can be arranged.
2   Plumbing, windows, ceilings, walls, floors, screens, lights, etc., must be clean and sanitary.
3   Maintenance, repairs,  and other problems immediately shall be brought to the attention of the jail administrator or assistant jail administrator.
4   Painted surfaces shall be maintained in good condition and repainted as needed to maintain their quality and appearance.

### D. Annual Health Inspection Report
3.  The jail administrator will be responsible for custodial care of the jail facility by an outside contract janitorial service, which shall include, but not be limited to, cleaning of all floors, walls, toilets, sinks, fountains, showers, bunks, day rooms, and windows.
4.  The jail administrator shall ensure that the following health/safety issues are addressed on a daily basis:
   a. THE "NON-SMOKING" POLICY is enforced.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

b. Lighting shall be controlled by jail staff, and cannot be regulated by prisoners.

c. Custodial care of the jail facility by city janitorial staff, including daily cleaning of the following areas occupied by prisoners:

- Toilets
- Urinals
- Sinks
- Drinking facilities
- Showers

## 1-3 JAIL DUTY OFFICER RESPONSIBILITIES

18. First and second shift duty officers shall work closely with the janitorial staff to ensure the jail is cleaned daily; along with weekly cleaning which includes mopping of the floors, wipe down of tables and mattresses, and cleaning of commodes.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120:1-10 | |
|---|---|
| **Sanitation / Environmental Conditions** | |
| -05 (C) | The jail is inspected annually by the local or state health authorities.<br><br>☐ Written report provided by health department,<br>☐ Written plan to correct jail-related deficiencies |
| Inspector activities: | • Review and collect a copy of the Health Inspection Report.<br>• Review and collect the jail's written plan to correct deficiencies (if applicable). |

### *Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Part 1-2 (D); annual health inspection reports are maintained on file with the Jail Administrator.

**D. Annual Health Inspection Report**

1 The jail administrator will be responsible for having the jail facility inspected annually by the Cuyahoga County Health Department to ensure that it meets minimum state standards; County health department inspection documentation shall be kept on file for at least five years.

2 The jail administrator or designee shall inspect the jail facility <u>monthly</u> for:
   a. Sanitation problems; Rodent/insect problems; Professional inspection of the facility by an exterminator, which inspection shall be noted on the jail log
   b. Condition of building surfaces
   c. The proper functioning of the ventilation system

3 The jail administrator will be responsible for custodial care of the jail facility by an outside contract janitorial service which shall include, but not be limited to, cleaning of all floors, walls, toilets, sinks, fountains, showers, bunks, day rooms and windows.

4 The jail administrator shall ensure that the following health/safety issues are addressed on a <u>daily</u> basis:
   a. The "NON SMOKING" policy is enforced
   b. Lighting shall be controlled by jail staff, and cannot be regulated by prisoners
   c. Custodial care of the jail facility by city janitorial staff, including daily cleaning of the following areas occupied by prisoners:
      • Toilets
      • Urinals
      • Sinks
      • Drinking facilities
      • Showers

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

5. Any deficiencies noted on the annual Health Inspection Report will be corrected by notifying the Jail Administrator who will then be responsible for contacting the appropriate department and ensuring that the deficiencies are corrected as soon as possible.

# Environmental Sanitation Report for Institutions

Cuyahoga County District Board of Health

5550 Venture Drive  Parma, OH 44130

216.201.2000  Fax 216.676.1317

www.ccbh.net

| | |
|---|---|
| **Name of Institution** Cleveland Heights Jail | **Community** Cleveland Heights |
| **Address** 40 Severance Circle | **Phone** (216) 291 - 4766 |
| **Person in Charge** Annette MacKlenburg | **Title** Jail Administrator |
| **Facility Capacity** Male _8_ Female _2_ oww _3_    □ Prison ☑ Jail □ Other    □ Detention □ Lockup | ☑ City □ State<br>□ County □ Regional |
| **Average Daily Population** _8_ | |

| | |
|---|---|
| **Building**<br>1. Surroundings 2. Structure 3. Maintenance | **Pest Control**<br>1. Evidence 2. Control Methods |
| **Construction**<br>1. Heating & Ventilation 2. Electricity & Lighting<br>3. Plumbing 4. Water Supply 5. Sewage | **Food Service/Vending**<br>1. Compliance with Regulations |
| **Facilities**<br>1.Toilet 2. Bedding 3. Solid Waste 4. Laundry<br>5. Storage 6. Recreation 7. Space | **Administration**<br>1. Staff    2. Policies |
| **Safety**<br>1. Fire Protection 2. First Aid 3. Emergency Medical | **Miscellaneous** |

## Providers

| | |
|---|---|
| **Food Service** Subway  1868 Warrensville Center Rd.  South Euclid | **Emergency Medical Service** Health Span    Severance Circle |
| **Pest Control** Pest Management Inc.  7685 Mentor Dr.<br>Mentor on the Lake, OH 44060 | **Laundry** Bill's Dry Cleaning    Lee Rd. |

## Recommendations:

Facility satisfactory at time of inspection.

| Received by: | Sanitarian: | Date: |
|---|---|---|
| Annette MacKlenburg | _(signature)_ | 5-13-15 |

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120: 1-10 |
|---|
| **Sanitation / Environmental Conditions** |
| -05 (D)  Jail is inspected once a month for<br><br>  ☐ Insects<br><br>  ☐ Vermin<br><br>  ☐ Rodents<br><br>Treatment is provided as needed by a licensed exterminator.<br><br>Jail maintains documentation of the inspections and any necessary extermination treatments. |
| Inspector activities:  • Review a copy of the extermination inspection (if applicable).<br>  • Review a copy of the inspection log for monthly inspections. |

### *Cleveland Heights Police Department compliance:*

The city of Cleveland Heights Police Department has complied with this standard by means of documentation in the "Policies and Procedures for Operating the Cleveland Heights Police Department Twelve Day Jail Facility" at Part 1-2 (D)(2)(a):

**D.  Annual Health Inspection Report**

2.  The jail administrator or designee shall inspect the jail facility <u>monthly</u> for:
   a.  Sanitation problems; Rodent/insect problems; Professional inspection of the facility by an exterminator, which inspection shall be noted on the jail log.

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

| Standards 5120: 1-10 | |
|---|---|
| **Sanitation / Environmental Conditions** | |
| -05 (E) | Documentation is maintained on the following in regards to interior lighting: |
| (1) | In prisoner reading areas:<br>At least 20 foot-candles, measured 30 inches above the floor |
| Inspector activities: | • Randomly take light readings in prisoner areas to determine compliance with the 20 fc requirement. |
| (2) | In prisoner accessible areas:<br>At least 15 foot-candles, measured 30 inches above the floor |
| Inspector activities: | • Randomly take light readings in prisoner accessible areas to determine compliance with the 15 fc requirement. |

## *Cleveland Heights Police Department compliance:*

The lighting of the Cleveland Heights Police jail facility, measured at 30 inches above the floor, measures not less than 20 foot candles everywhere within the jail security perimeter.

The lighting of the Cleveland Heights Police jail facility is controllable in the OIC's office, and provides the OIC with the ability to turn on or off the lights within the prisoner cells.

When lights are turned off in the prisoner cells, ambient light is provided from overhead lighting in the prisoner day rooms, or, in the case of Detox or holding cells 3 or 4, ambient lighting is provided from the booking room lights. (See attached photograph.)

The light provided from the door windows and door slots provides approximately 2-4 foot candles of light (see attached photograph taken in natural lighting conditions.)

The readings were obtained using a properly calibrated light meter at 30 inches above floor height.

This policy is reflected in the Cleveland Heights Police Jail manual at Section 1-3 (C)(5) [revised 9/02], outlined below:

2015 Jail Standards Update – Cleveland Heights Police Department Jail Facility

## C. Overall Condition of Jail Facility

1. The jail will be regularly inspected for mechanical and other repairs and such repairs shall be made as promptly as can be arranged.
2. Plumbing, windows, ceilings, walls, floors, screens, lights, etc., must be clean and sanitary.
3. Maintenance, repairs, and other problems immediately shall be brought to the attention of the jail administrator or assistant jail administrator.
4. Painted surfaces shall be maintained in good condition and repainted as needed to maintain their quality and appearance.
5. The lights in the jail provide a minimum of 15 to 20 foot candles of light as measured by a light meter held 30 inches above the floor; burned-out bulbs shall be replaced promptly so that a minimum of 15 to 20 foot candles of light are provided everywhere within the jail security perimeter.