UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **REGINA SOK as Administratrix of the Estate of Deceased Ralkina Jones** | ) ) ) | CASE NO.1:16CV1786 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) | |
| **CITY OF CLEVELAND HEIGHTS, ET AL.,** | ) ) ) | <u>ORDER</u> |
| Defendants. | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

In light of the representation of the parties that a settlement has been reached subject to probate court approval, Defendants' Omnibus Motion for Judgment on the Pleadings (ECF # 52) is denied as moot subject to refiling should the settlement not be finally approved.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: January 24, 2018