IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REGINA SOK, As Administratrix of The Estate of Ralkina Jones,  Plaintiff, v. CITY OF CLEVELAND HEIGHTS, et al.,  Defendants. | CASE NO. 1:16-CV-1786  JUDGE BOYKO  **STIPULATION OF DISMISSAL AS TO INDIVIDUAL DEFENDANTS ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) Plaintiff and Defendants by their respective legal counsel stipulate that all of the claims in the Complaint, the First Amended Complaint and the Second Amended Complaint against individual Defendants Jeffrey Robertson, Jeffrey Luk, M.D., Richard Hwodeky, Brian Gamble, Matthew Martin and John and/or Jane Does Nos. 1-15 are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Steven M. Gaulding (per e-mail consent)*
**STEVEN M. GAULDING (0085285)**
The Gaulding Law Firm LLC
3751 Prospect Avenue, Fl. 3
Cleveland, Ohio  44115
216-239-1400
smg@gauldingllc.com

and

*/s/ Richard C. Alkire (per email consent)*
**RICHARD C. ALKIRE (0024816)**
Alkire & Nieding LLC
200 Spectrum Office Building
6060 Rockside Woods Blvd.
Independence, Ohio 44121-2375
216-573-0801
rick@alkirelawyer.com

*Attorneys for Plaintiffs*


/s/ *John S. Kluznik*
**JOHN S. KLUZNIK (0017474)**
Weston Hurd LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, OH 44114-1862
(216) 241-6602
(216) 621-8369 (fax)
JKluznik@westonhurd.com

-and-

/s/ *L. James Juliano, Jr.*
**L. JAMES JULIANO, JR. (0005993)**
Director of Law
**ELIZABETH WELLS ROTHENBERG (0088557)**
Assistant Director of Law
40 Severance Circle
Cleveland Heights, OH 44118
(216) 291-3808
JJuliano@clvhts.com
ERothenberg@clvhts.com

*Attorneys for Defendants, Jeffrey Robertson, Jeffrey Luk, M.D., Richard Hwodeky, Brian Gamble, and Matthew Martin and John and Jones Does Nos. 1-15*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, a copy of the foregoing Stipulation of Dismissal as to Individual Defendants Only was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ *John S. Kluznik*
**JOHN S. KLUZNIK**