IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REGINA SOK, as Administratrix of The Estate of Ralkina Jones, ) ) | CASE NO. 1:16-CV-1786 |
| ) Plaintiff, ) ) | JUDGE BOYKO |
| ) | **STATUS REPORT TO COURT** |
| vs. ) ) | |
| CITY OF CLEVELAND HEIGHTS, ) et al., ) ) | |
| Defendants. ) | |

Pursuant to the settlement of this case, counsel for Plaintiff and counsel for Defendant have conferred and exchanged a finalized draft of the Settlement Agreement and Release. Counsel for Plaintiff has filed an application with the Probate Court for the Court to approve the settlement. The Probate Court has scheduled a hearing at which the settlement will be addressed on March 20, 2018.

Respectfully submitted,

*/s/JOHN S. KLUZNIK*
**JOHN S. KLUZNIK (0017473)**
Weston Hurd LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, OH  44114-1862
(216) 241-6602 - (216) 621-8369 (fax)
JKluznik@westonhurd.com
*Attorney for Defendant*

1

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 23, 2018 the foregoing Status Report to Court was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the foregoing was also served upon:

Richard C. Alkire, Esq.
Alkire & Nieding LLC
200 Spectrum Office Building
6060 Rockside Woods Blvd.
Independence, Ohio  44121-2375
216-573-0801
*Attorney for Plaintiffs*

 

                         */s/JOHN S. KLUZNIK*
                         **JOHN S. KLUZNIK (0017473)**